BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: 7/22/2019  
TIME ON: 4:15  
TIME OFF: 4:33

Case No. 19 MJ 666

Courtroom Deputy: Robert Imrie

Criminal Cause for INITIAL APPEARANCE/ARRAIGNMENT

Defendant: CHARLES VACCARO  
Present ✓   Not Present ___   In Custody ✓   On Bail/Bond ___

Attorney: JOHN CARMAN                    Ret'd ✓   CJA___   FD of NY___

AUSA: CHARLES ROSE

Interpreter: —

ESR Time: 4:16 – 4:33

✓ Case Called   ✓ Counsel for all sides present.

✓ Order Setting Conditions of Release and Bond entered.   ✓ Special Conditions Apply.

___ Order of Detention entered.

___ Temporary Order of Detention entered.

Next Court appearance scheduled for _____

Preliminary Hearing ___ Waived;   ___ Set for _____.

___ Waiver of Speedy Indictment executed from _____ to _____.

___ Defendant waives Speedy Trial from _____ to _____.

NOTES: MR. VACCARO WAIVES HIS RIGHT TO A RULE 5 HEARING.