# LAW OFFICE OF JOHN F. CARMAN

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

OF COUNSEL
SUSAN SCARING CARMAN, ESQ.
MATTHEW W. BRISSENDEN, ESQ.

ASSOCIATE ATTORNEY
SARA M. PERVEZ

PARALEGAL
ANNA M. SACCO

July 25, 2019

Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
810 Federal Plaza
Central Islip, New York 11722

Re: *United States v. Charles Vaccaro*

Dear Judge Lindsay:

Please accept this letter requesting a one week extension of Mr. Vaccaro's time to meet the collateral requirements of his personal recognizance bond until Friday, August 2, 2019. Assistant United States Attorney Charles Rose offers the consent of his office to this application.

Thank you for your consideration.

Very truly yours,

/s/ John F. Carman
JOHN F. CARMAN
(JC 7149)

JFC/as

*[Handwritten: 7/26/19 Approved So Ordered]*